**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7548**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JERRY LEE JENKINS, a/k/a Jason Shane Jenkins, a/k/a Shane
Jenkins,

                    Defendant - Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:98-cr-00013-JDP-1)

Submitted:  January 17, 2013          Decided:  January 22, 2013

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Lee Jenkins, Appellant Pro Se. Thomas Oliver Mucklow,
Assistant United States Attorney, Martinsburg, West Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Jenkins appeals the district court's order denying his motion for a show cause hearing and for transport. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jenkins, No. 3:98-cr-00013-JDP-1 (N.D.W. Va. July 30, 2012; Aug. 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED